# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KEYSTONE SHIPPING CO., individually and f/u/b/o
KEYSTONE BARGE, LTD., BP AMERICA, INC., and
NORTH OF ENGLAND P&I ASSOCIATION,

      Plaintiffs,

v.                                          CASE NO: 8:07-cv-1269-T-26EAJ

DANNY LEE CURTIS,

      Defendant.
_____/

# **O R D E R**

Before the Court is Defendant's Motion to Dismiss (Dkt. 6) and Plaintiffs'

Memorandum in Opposition.[1]  After careful consideration of the allegations of the

Complaint[2] and the arguments of the parties, the Court concludes that the Plaintiffs'

position is well-taken and the Motion should be denied.  Defendant's arguments

regarding indemnification, contribution, and the running of the statute of limitations do

not convince this Court at this stage of the proceedings that the facts, as alleged, do not

state a claim for relief.  Accordingly, Defendant's Motion to Dismiss (Dkt. 6) is

---

[1]  See docket 10.

[2]  See docket 2.

**DENIED**.  Defendant shall file an answer to the Complaint on or before September 17.

2007.

      **DONE AND ORDERED** at Tampa, Florida, on August 28, 2007.


                   *s/Richard A. Lazzara* _____
                   **RICHARD A. LAZZARA**
                   **UNITED STATES DISTRICT JUDGE**


<u>**COPIES FURNISHED TO**</u>:
Counsel of Record