# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KEYSTONE SHIPPING CO., individually
and f/u/b/o KEYSTONE BARGE, LTD.,
BP AMERICA, INC., and NORTH
OF ENGLAND P&I ASSOCIATION,

    Plaintiffs,

v.                                                    CASE NO: 8:07-cv-1269-T-26EAJ

DANNY LEE CURTIS, M.D.,

    Defendant.
_____/

## O R D E R

Upon due consideration of the parties' submissions, specifically Plaintiffs' counsel's representations as to the ongoing good faith negotiations to resolve the issues raised in Florida Health Sciences Center, Inc.'s combined motion to quash and for protective order and as to the cancellation of the deposition which forms the basis of the motion, it is ordered and adjudged that the Motion to Quash and for Protective Order (Dkt. 25) is denied without prejudice as premature. Counsel are directed to continue to work together in a good faith effort to resolve the issues raise by the motion. In the event they are unable to do so, Florida Health Sciences Center, Inc., may refile the motion, following which this Court will direct an expedited response and schedule an expedited hearing. Plaintiff is directed not to reschedule the deposition until such time as the parties have resolved their disputes or, in the event disputes remain, until such time

as this Court has resolved those remaining disputes. The hearing scheduled for Friday, March 7, 2008, at 11:30 a.m., is cancelled.

**DONE AND ORDERED** at Tampa, Florida, on March 6, 2008.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record