# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KEYSTONE SHIPPING CO.,
individually and f/u/b/o KEYSTONE
BARGE, LTD.; BP AMERICA, INC.;
and NORTH OF ENGLAND P&I
ASSOCIATION,

    Plaintiffs,

v.                                              CASE NO: 8:07-cv-1269-T-26EAJ

DANNY LEE CURTIS, M.D.,

    Defendant.
_____/

# **O R D E R**

    Upon due consideration, it is ordered and adjudged that Plaintiffs' Motion for Partial Summary Judgment (Dkt. 32) is stricken for failure to comply with the Court's summary judgment procedures set forth in paragraph 6(b) of the Court's case management and scheduling order entered October 24, 2007, at docket 16.  Plaintiffs' counsel is also reminded that only one motion for summary judgment is permitted under the Court's summary judgment procedures. See docket 16, paragraph 6(a).

    **DONE AND ORDERED** at Tampa, Florida, on July 29, 2008.


                                                    s/*Richard A. Lazzara*
                                                    **RICHARD A. LAZZARA**
                                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record